David Martinez, Bar No. 193183
DMartinez@rkmc.com
Daniel G. Stone, Bar No. 265397
DGStone@rkmc.com
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2049 Century Park East, Suite 3400
Los Angeles, CA  90067-3208
Telephone:  (310) 552-0130
Facsimile:   (310) 229-5800

Attorneys for Defendants
FOREVER 21, INC. and
FOREVER 21 RETAIL, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELT HILDY, LLC., a New York Limited Liability Company, individually and doing business as "FERAL CHILDE," <br><br>Plaintiff, <br><br>v. <br><br>FOREVER 21, INC., a California Corporation; FOREVER 21 RETAIL, INC.; a California Corporation; JUMP CLOTHING, INC., a California Corporation; BNA TEXTILE, INC., a California Corporation; and DOES 1-10, <br><br>Defendants. | Case No. CV 11-05819 SVW (FFMx) <br><br>[Assigned to the Honorable Stephen V. Wilson] <br><br>**FOREVER 21'S NOTICE OF MOTION AND MOTION FOR A PROTECTIVE ORDER WITH RESPECT TO THE DEPOSITION OF MRS. JIN SOOK CHANG** <br><br>**DISCOVERY MATTER** <br><br>Date:         January 3, 2012 <br>Time:        10:00 a.m. <br>Courtroom: E <br><br>Discovery Cut-off:  None Set <br>Pre-Trial Conf.:       May 7, 2012 <br>Trial Date:              May 12, 2012 <br><br>[LR 37 Joint Statement, Supporting Declaration of David Martinez and [Proposed] Order filed concurrently herewith] |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on January 3, 2012 at 10:00 a.m., or as soon thereafter as the Motion may be heard at the United States District Court, located at 312 N. Spring Street, Courtroom E, Los Angeles, CA  90012, Defendants Forever

1  21, Inc. and Forever 21 Retail, Inc. (collectively "Forever 21") will and hereby do move this Court, pursuant to Rule 26 of the Federal Rules of Civil Procedure and Local Rule 27, for a Protective Order precluding the deposition of Mrs. Jin Sook Chang on grounds that Mrs. Chang lacks "unique personal knowledge" of information relevant to the issues in the proceedings that cannot be obtained through a less burdensome source or method.

The Motion is based upon this Notice of Motion, the Joint Statement and supporting Declaration of David Martinez, filed concurrently herewith, the Declaration of Regina Y. Yeh, filed concurrently herewith, the [Proposed] Order lodged concurrently herewith, the Court's file on this matter, and upon such and further evidence and argument as may be presented prior to or at the time of the hearing on this Motion.

### PRE-MOTION CONFERENCE

This Motion is made following the conference of counsel pursuant to L.R. 37, which took place on November 22, 2011.

Dated: December 9, 2011     **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By: ___/s/ David Martinez_____
     David Martinez
     Daniel G. Stone
Attorneys for Defendants
FOREVER 21, INC. and FOREVER 21 RETAIL, INC.

60536911.1 — - 2 - — NOTICE OF MOTION AND MOTION FOR A PROTECTIVE ORDER