# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELT HILDY, LLC., a New York Limited Liability Company, individually and doing business as "FERAL CHILDE,"<br><br>Plaintiff,<br><br>v.<br><br>FOREVER 21, INC., a California Corporation; FOREVER 21 RETAIL, INC.; a California Corporation; JUMP CLOTHING, INC., a California Corporation; BNA TEXTILE, INC., a California Corporation; and DOES 1-10,<br><br>Defendants. | Case No. CV 11-05819 SVW (FFMx)<br><br>[Assigned to the Honorable Stephen V. Wilson]<br><br>**[PROPOSED] ORDER GRANTING FOREVER 21's MOTION FOR A PROTECTIVE ORDER WITH RESPECT TO THE DEPOSITION OF MRS. JIN SOOK CHANG** |

Having considered Defendants Forever 21, Inc. and Forever 21 Retail, Inc.'s (collectively, "Forever 21") Motion for a Protective Order With Respect to the Deposition of Mrs. Jin Sook Chang, the Court hereby Rules as follows:

/ / /

/ / /

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

1  The Court ORDERS that a Protective Order be entered with respect to the
2  deposition of Mrs. Jin Sook Chang.

Dated: _____   _____
The Honorable Stephen V. Wilson
UNITED STATES DISTRICT COURT JUDGE