1  David Martinez, Bar No. 193183
   DMartinez@rkmc.com
2  Daniel G. Stone, Bar No. 265397
   DGStone@rkmc.com
3  ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
   2049 Century Park East, Suite 3400
4  Los Angeles, CA  90067-3208
   Telephone:  (310) 552-0130
5  Facsimile:   (310) 229-5800

6  Attorneys for Defendants
   FOREVER 21, INC. and
7  FOREVER 21 RETAIL, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FELT HILDY, LLC., a New York Limited Liability Company, individually and doing business as "FERAL CHILDE," <br><br> Plaintiff, <br><br> v. <br><br> FOREVER 21, INC., a California Corporation; FOREVER 21 RETAIL, INC.; a California Corporation; JUMP CLOTHING, INC., a California Corporation; BNA TEXTILE, INC., a California Corporation; and DOES 1-10, <br><br> Defendants. | Case No. CV 11-05819 SVW (FFMx) <br><br> **SUPPLEMENTAL DECLARATION OF DAVID MARTINEZ IN SUPPORT OF FOREVER 21'S REPLY RE MOTION FOR A PROTECTIVE ORDER WITH RESPECT TO THE DEPOSITION OF MRS. JIN SOOK CHANG** <br><br> **REQUEST FOR JUDICIAL NOTICE** <br><br> **DISCOVERY MATTER** <br><br> Date:  January 3, 2012 <br> Time:  10:00 a.m. <br> Courtroom:  E <br><br> Discovery Cut-off:  None Set <br> Pre-Trial Conf.:  May 7, 2012 <br> Trial Date:  May 12, 2012 <br><br> [Reply Brief and Declaration of Jin Sook Chang filed concurrently herewith] |

60542414.1                                1                SUPPLEMENTAL DECLARATION AND
                                                           REQUEST FOR JUDICIAL NOTICE

## DECLARATION OF DAVID MARTINEZ

I, David Martinez, declare:

1. I am a partner in the law firm of Robins, Kaplan, Miller & Ciresi L.L.P., counsel for Plaintiff Forever 21, Inc. and Forever 21 Retail, Inc. (collectively, "Forever 21") in the above-captioned action. I have personal knowledge of the matters stated herein, except where stated on information and belief, and if called as a witness, I would and could competently testify thereto.

2. On December 14, 2011, Forever 21 made available for deposition Ms. Ann Cadier-Kim, Forever 21's Chief Financial Officer and its FRCP Rule 30(b)(6) corporate designee. Plaintiff's counsel did not ask a single question of Ms. Cadier-Kim regarding Mr. Chang's position or role at Forever 21.

3. On December 13, 2011, Forever 21 offered to produce another person most knowledgeable (who was unavailable to testify on December 14, 2011) to testify as early as January 2, 2012 (ahead of the hearing on this matter). Plaintiff declined this offer, and instead opted to complete the deposition on January 6th.

4. On or about December 9, 2011, Plaintiff continued the deposition of defendant Jump (Forever 21's vendor) and defendant BNA (Jump's vendor) until <u>after</u> the hearing on this matter. Plaintiff re-noticed those depositions for January 11 and 12 in Los Angeles, apparently to preempt the parties' previously agreed-upon depositions of Plaintiff's witnesses on January 11 and 12 in New York. Having met and conferred, the parties have agreed to the following deposition schedule:

| | |
|---|---|
| January 5th - | Defendant BNA's PMK |
| January 6th - | Defendant Forever 21's Second PMK |
| January 9th - | Plaintiff's Alice Wu in Los Angeles |
| January 11th - | Plaintiff's Moriah Carlson in New York |
| January 12th - | Defendant Jump's PMK |

5.  On November 11 and 22, 2011, I suggested to Plaintiff's counsel that Plaintiff propound targeted discovery designed to ascertain whether Mrs. Chang had any relevant knowledge. Plaintiff has refused to propound any such written discovery. Had Plaintiff done so, it would have received responses by now, and well ahead of the hearing on Forever 21's Motion for Protective Order.

6.  On November 11, 2011, I spoke with Plaintiff's counsel about the deposition notice served on Forever 21 regarding "Gin Cheng", and explained that no such person worked at Forever 21. Plaintiff's counsel stated that "Gin Cheng" was the founder of Forever 21 and then stated that he was referring to Jin Sook Chang. Plaintiff's counsel further stated that "Gin Cheng" was an alias used by Mrs. Chang. During our call of November 11th and then again on November 14th, I specifically asked Plaintiff's counsel to provide me the source of this supposed alias, but to date he has not done so.

7.  Over the last six years, the lawfirm that represents Plaintiff in this case has filed fifteen lawsuits against Forever 21. Attached hereto as Exhibit A is a true and correct copy of a Lexis-Nexis CourtLink summary reflecting these filings. Pursuant to Rule 201 of the Federal Rules of Civil Procedure, Forever 21 requests that the Court take Judicial Notice of the filing of these documents. *See*, e.g., Fed. R. Evid. 201(d) ("A judicially noticed fact must be one not subject to reasonable dispute in that it is either (1) generally known within the territorial jurisdiction of the trial court or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned.").

8.  Based on having litigated these cases, Plaintiff's counsel knows that its accusations that Forever 21 employs a "business model" of purchasing competing products and then directing manufacturers to produce infringing products are baseless. Instead, as set forth in Forever 21's verified interrogatory responses in this case, Forever 21 acquires finished garments from third-party vendors and sells those garments in its retail stores. Plaintiff's counsel knew so

60542414.1 - 3 - SUPPLEMENTAL DECLARATION AND REQUEST FOR JUDICIAL NOTICE

before filing this action, as it admits in the Second Amended Complaint ("SAC") that Forever 21 "obtained the Accused Product from [its vendor] Jump, and Jump obtained the textiles … from BNA."  SAC, at ¶ 16.

9. Although Plaintiff argues that this Motion is a dilatory tactic, Forever 21 has timely served initial disclosures, timely responded to extensive written discovery, and has produced its documents and a corporate designee for deposition.  Ironically, Plaintiff has skirted its discovery obligations, failing to timely produce initial disclosures or a verification to its interrogatories.  Further, Plaintiff has produced a very limited document production, has provided virtually no information in its interrogatory responses, and has not yet produced any witnesses for deposition.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct to the best of my knowledge.

Executed this 20th day of December, 2011, in Los Angeles, California.

        /s/ David Martinez  
        David Martinez

# EXHIBIT A

LexisNexis CourtLink - Single Search

# Results for: **doniger forever-21**

## Dockets

Results 1 - 15 sorted by date filed

### L A Printex Industries Inc v. Amanda Vinci Inc et al

... **Forever 21** Inc A California Corporation ... **Doniger** Burroughs Apc ... Stephen M **Doniger** ... **Doniger** Burroughs Apc ... Does 1 through 10, **Forever 21** Inc, Frenzi, Icon ...

| Court | US District Court for the Central District of California | Nature of Suit | Copyrights (820) |
|---|---|---|---|
| Case number | 2:11cv9351 | Date filed | 2011-11-09 |

### Advanced Visual Image Design LLC v. Forever 21 Inc et al

... **Forever 21** Inc A Delaware Corporation ... **Doniger** Burroughs Apc ... Stephen M **Doniger** ... **Doniger** Burroughs Apc ... Fashion Exit Inc, **Forever 21** Inc, Harmoonious Inc ...

| Court | US District Court for the Central District of California | Nature of Suit | Copyrights (820) |
|---|---|---|---|
| Case number | 2:11cv8878 | Date filed | 2011-10-26 |

### Felt Hildy LLC v. Forever 21 Inc et al

... AMENDED COMPLAINT) ( **Doniger** , Stephen) (Entered ... upon Defendant **Forever 21** Inc served on 8 ... Amended Complaint) ( **Doniger** , Stephen) (Entered ... filed by Defendants **Forever 21** Inc, **Forever 21** ... Proposed Order)(Doniger ...

| Court | US District Court for the Central District of California | Nature of Suit | Copyrights (820) |
|---|---|---|---|
| Case number | 2:11cv5819 | Date filed | 2011-07-14 |

### Gold Value International Textile, Inc v. Forever 21, Inc Et A

... **Forever 21** , Inc A California Corporation ... **Doniger** Burroughs Apc ... Stephen M **Doniger** ... **Doniger** Burroughs Apc ... Defendants Does 1-10, **Forever 21** Retail, Inc., **Forever** ...

| Court | US District Court for the Central District of California | Nature of Suit | Copyrights (820) |
|---|---|---|---|
| Case number | 2:11cv3663 | Date filed | 2011-04-28 |

### United Fabrics International, Inc v. Forever 21, Inc et al

... NOT returned. ( **Doniger** , Stephen) (Entered ... upon Defendant **Forever 21** Retail, Inc. served ... NOT returned. ( **Doniger** , Stephen) (Entered ... Stipulation 9 . Defendants **Forever 21** Inc, **Forever 21** ... NOT returned. (Doniger ...

| Court | US District Court for the Central District of California | Nature of Suit | Copyrights (820) |
|---|---|---|---|
| Case number | 2:11cv2540 | Date filed | 2011-03-25 |

### LA Printex Industries, Inc v. Forever 21, Inc et al

... Industries, Inc., upon **Forever 21** , Inc. served on 1 ... due 1/26/2010. ( **Doniger** , Stephen) (Entered ... was not returned. ( **Doniger** , Stephen) (Entered ... the complaint as to **Forever 21** , Inc. answer now due ... Industries, ...

| Court | US District Court for the Central District of California | Nature of Suit | Copyrights (820) |
|---|---|---|---|
| Case number | 2:09cv9434 | Date filed | 2009-12-23 |

### LA Printex Industries, Inc v. Forever 21, Inc et al

... **Doniger** Burroughs Apc ... against Defendants **Forever 21** , Inc., Does 1 ... complaint as to **Forever 21** , Inc. answer now ... Industries, Inc..( **Doniger** , Stephen) (Entered ... filed by Defendant **Forever 21** , Inc.. (Attachments ...

| Court | US District Court for the Central District of California | Nature of Suit | Copyrights (820) |
|---|---|---|---|
| Case number | 2:09cv4139 | Date filed | 2009-06-10 |

### LA Printex Industries, Inc v. Forever 21, Inc et al

... **Doniger** Burroughs Apc ... against Defendants **Forever 21** , Inc., Does 1 ... complaint as to **Forever 21** , Inc. answer now ... Industries, Inc..( **Doniger** , Stephen) (Entered ... filed by Defendant **Forever 21** , Inc..(Bromall ...

| Court | US District Court for the Central District of California | Nature of Suit | Copyrights (820) |
|---|---|---|---|
| Case number | 2:09cv3382 | Date filed | 2009-05-13 |

### LA Printex Industries, Inc v. O & K, Inc et al

... **Forever 21** , Inc A California Corporation ... **Doniger** Burroughs Apc ... Stephen M **Doniger** ... **Doniger** Burroughs Apc ...

EXHIBIT __A__ PAGE __5__

COMPLAINT against Defendants **Forever 21**, Inc., DOES 1 through ...

| | | | |
|---|---|---|---|
| Court | US District Court for the Central District of California | Nature of Suit | Copyrights (820) |
| Case number | 2:09cv1478 | Date filed | 2009-03-02 |

### L A Printex Industries, Inc v. Rad Clothing, Inc et al

... **Doniger** Law Firm Apc ... against Defendants **Forever 21**, Inc., Does 1 ... filed by Defendant **Forever 21**, Inc. (Sedivy ... 2 Exhibit 2)( **Doniger**, Stephen) (Entered ... Dismiss Defendant **Forever 21**, Inc., Rad Clothing ... Proposed ...

| | | | |
|---|---|---|---|
| Court | US District Court for the Central District of California | Nature of Suit | Copyrights (820) |
| Case number | 2:08cv7638 | Date filed | 2008-11-19 |

### LA Printex Industries, Inc v. Burlington Coat Factory Direct Corporation Et A

... Stephen M **Doniger** ... **Doniger** Law Firm ... Fashion Avenue, **Forever 21**, Inc., **Forever 21** ... Burroughs, Stephen M **Doniger** is 310-417-3538 ... Fashion Avenue, **Forever 21**, Inc., **Forever 21** ...

| | | | |
|---|---|---|---|
| Court | US District Court for the Central District of California | Nature of Suit | Copyrights (820) |
| Case number | 2:07cv2019 | Date filed | 2007-03-27 |

### United Fabrics International Inc v. Urban Outfitters Inc et al

... Stephen M **Doniger** ... **Doniger** Law Firm ... Inc, Paperl Doll, **Forever 21** Inc, **Forever 21** Retail ... Doll, **Forever 21** Inc, **Forever 21** Retail Inc, Salt and ... Burroughs, Stephen M **Doniger** is 310-417-3538 ...

| | | | |
|---|---|---|---|
| Court | US District Court for the Central District of California | Nature of Suit | Copyrights (820) |
| Case number | 2:07cv1752 | Date filed | 2007-03-16 |

### United Fabrics International Inc v. Forever 21 Inc et al

... Stephen M **Doniger** ... **Doniger** Law Firm ... COMPLAINT against defendants **Forever 21** Inc, **Forever 21** Retail ... Burroughs, Stephen M **Doniger** is 310-417-3538 ... U Trading Co. LTD, **Forever 21** Inc, **Forever 21** Retail ...

| | | | |
|---|---|---|---|
| Court | US District Court for the Central District of California | Nature of Suit | Copyrights (820) |
| Case number | 2:07cv1750 | Date filed | 2007-03-16 |

### United Fabrics International Inc v. Forever 21 Inc et al

... **Doniger** Law Firm ... against defendants **Forever 21** Inc, **Forever 21** Retail ... filed by Defendants **Forever 21** Inc, **Forever 21** Retail Inc. (bp ... attorney Stephen M **Doniger** for United Fabrics ...

| | | | |
|---|---|---|---|
| Court | US District Court for the Central District of California | Nature of Suit | Copyrights (820) |
| Case number | 2:07cv800 | Date filed | 2007-02-02 |

### La Printex Industries Inc v. Seoul Texprint Inc et al

... to Interested Parties submitted by Defendants **Forever 21** Retail, Inc.,, Rainbow USA, Inc. received ... First Amended Complaint,, 81 filed by defendants Forever21, Inc., Forever21 Retail, Inc. Jury Trial De ...

| | | | |
|---|---|---|---|
| Court | US District Court for the Central District of California | Nature of Suit | Copyrights (820) |
| Case number | 2:06cv3333 | Date filed | 2006-05-30 |

Copyright 2011 LexisNexis. All rights reserved. Customer Support: 1-888-311-1966

EXHIBIT A PAGE 6