David Martinez, Bar No. 193183
DMartinez@rkmc.com
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2049 Century Park East, Suite 3400
Los Angeles, CA 90067-3208
Telephone: (310) 552-0130
Facsimile: (310) 229-5800

Attorneys for Defendants
FOREVER 21, INC. and
FOREVER 21 RETAIL, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELT HILDY, LLC., a New York Limited Liability Company, individually and doing business as "FERAL CHILDE," <br><br> Plaintiff, <br><br> v. <br><br> FOREVER 21, INC., a California Corporation; FOREVER 21 RETAIL, INC.; a California Corporation; JUMP CLOTHING, INC., a California Corporation; BNA TEXTILE, INC., a California Corporation; and DOES 1-10, <br><br> Defendants. | Case No. CV 11-05819 SVW (FFMx) <br><br> [Assigned to the Honorable Stephen V. Wilson] <br><br> **DECLARATION OF JIN SOOK CHANG** |

# DECLARATION OF JIN SOOK CHANG

I, Jin Sook Chang, hereby declare:

1. I am the Chief Merchandising Officer of Forever 21, Inc. ("Forever 21"). Forever 21 is located at 2001 South Alameda Street, Los Angeles, California 90058.

2. Forever 21 is a Los Angeles based international retailer with over 480 stores and 28,000 employees and with annual sales of over $2.6 billion. Forever 21 is privately owned, and I've worked with my husband, Mr. Do Won Chang since the 1980s to build Forever 21 from a single store into the company it is today.

3. I am involved in the high-level supervision of many of the corporate activities of Forever 21. I am also generally responsible for developing Forever 21 and its business.

4. I have reviewed the Complaint in this litigation. I understand that Plaintiff asserts a copyright infringement claim regarding a single copyrighted design. I have also reviewed the purchasing documents in this case. Although it appears from a purchase order that I approved the price of one design and the color of another design sold by Forever 21, I have no unique personal knowledge regarding the underlying transactions with Forever 21's vendor, Jump Clothing, and/or the creation, design, manufacture, production, purchasing, ordering, distribution, marketing and/or merchandising or any of the allegedly infringing Forever 21 garments at issue in this case.

5. My involvement with the Forever 21 buying department is in a high-level management capacity. Any knowledge that I might have regarding Forever

21's selection and purchase of the allegedly infringing garments at issue in this litigation would be duplicative of the knowledge of lower-level Forever 21 employees. I do not have specific, unique information regarding the vast majority of the thousands of garments handled by Forever 21's buying department each month, nor do I have specific, unique knowledge as to the garments at issue in this litigation.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 19th day of December, 2011 in Los Angeles, California.

_____
Jin Sook Chang