Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
Regina Y. Yeh (SBN 266019)
regina@donigerlawfirm.com
DONIGER / BURROUGHS APC
300 Corporate Pointe, Suite 355
Culver City, California 90230
Telephone: (310) 590-1820
Facsimile:  (310) 417-3538

Attorneys for Plaintiff

FILED
CLERK U.S. DISTRICT COURT

FEB 28 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELT HILDY, LLC., a New York Limited Liability Company, individually and doing business as "FERAL CHILDE," <br><br> Plaintiff, <br><br> v. <br><br> FOREVER 21, INC., a California Corporation; et al., <br><br> Defendants. | Case No.: CV 11-5819 SVW (FFMx) <br> *Honorable Stephen V. Wilson Presiding* <br><br> **[PROPOSED] ORDER ON STIPULATION FOR DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(2) WITH PREJUDICE** |

//////

1

Upon review of the parties' STIPULATION FOR DISMISSAL, based on the contents of said Stipulation, and finding good cause to approve the agreement contained therein, IT IS HEREBY ORDERED THAT:

1. This action is to be dismissed with prejudice in its entirety pursuant to the settlement agreement entered into by the parties;

2. This Court will retain jurisdiction of this action to enforce the terms of the settlement agreement; and

3. Each party is to each bear its own costs and attorneys' fees as incurred against one another in connection with this action.

SO ORDERED.

Dated: February __28__, 2012          By: _____
                                           HON. STEPHEN V. WILSON
                                           U.S. DISTRICT COURT JUDGE

[PROPOSED] ORDER ON STIPULATION TO DISMISS